UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
BRYAN P. SEXTON, Derivatively on    )
Behalf of JONES SODA COMPANY,       )   No. C07-1782RSL
                                    )
            Plaintiff,              )
      v.                            )
                                    )   ORDER TO SHOW CAUSE
PETER M. VAN STOLK, *et al.*,       )
                                    )
            Defendants.             )
_____)

This matter comes before the Court *sua sponte*. On January 18, 2008, plaintiff Jon Baum filed a motion with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff Baum is hereby ORDERED to show cause within five days of this Order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement." Dkt. # 8. Plaintiff shall immediately deliver a paper copy of the documents filed on January 18, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for February 1, 2008.

ORDER TO SHOW CAUSE

Dated this 25th day of January, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge