UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
BRYAN P. SEXTON, Derivatively on   )
Behalf of JONES SODA COMPANY,      )    No. C07-1782RSL
                                   )
                Plaintiff,     )
    v.                              )
                                   )    ORDER
PETER M. VAN STOLK, *et al.*,      )
                                   )
                Defendants.    )
_____)

        This matter comes before the Court *sua sponte*. On January 25, 2008, the Court ordered plaintiff Baum to deliver a courtesy copy of documents he filed on January 18, 2008. Plaintiff has now done so. The Order to Show Cause (Dkt. # 23) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

        Dated this 31st day of January, 2008.

                                  /s/ Robert S. Lasnik
                                  Robert S. Lasnik
                                  United States District Judge

ORDER