UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
BRYAN P. SEXTON, Derivatively on   )
Behalf of JONES SODA COMPANY,      )   No. C07-1782RSL
                                   )
              Plaintiff,           )
       v.                          )
                                   )   ORDER EXTENDING DEADLINE
PETER M. VAN STOLK, *et al.*,      )   FOR JOINING ADDITIONAL
                                   )   PARTIES
              Defendants.          )
_____)

This matter comes before the Court on the "Stipulation and [Proposed] Order Regarding Trial Date & Related Dates." Dkt. # 48. A motion to consolidate and cross-motions for appointment of lead plaintiff and lead counsel are pending in this and a related matter. The parties have requested that all of the existing case management deadlines be vacated and that the Court hold a scheduling conference once the motions are resolved.

Only the deadline for joining additional parties is impacted by the pending motions. The Court therefore continues that deadline until 90 days after the later of (a) this Court's ruling on the motion to consolidate or (b) the filing of a consolidated complaint. The other case management deadlines set forth in the Minute Order of January 31, 2008, remain in full force and effect.

ORDER EXTENDING DEADLINE FOR
JOINING ADDITIONAL PARTIES

1    Dated this 29th day of February, 2008.

          /s/ Robert S. Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER EXTENDING DEADLINE FOR
JOINING ADDITIONAL PARTIES   -2-