UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
BRYAN P. SEXTON, Derivatively on   )
Behalf of JONES SODA COMPANY,      )      No. C07-1782RSL
                                   )
                   Plaintiff,         )
     v.                           )
                                   )      ORDER TO SHOW CAUSE
PETER M. VAN STOLK, *et al.*,      )
                                   )
                  Defendants.        )
_____)

This matter comes before the Court *sua sponte*. On February 25, 2008, plaintiff Jon Baum filed a motion with related documents that, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff Baum is hereby ORDERED to show cause within five days of this Order why he should not be sanctioned for his second failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement." Dkt. # 8. Plaintiff shall immediately deliver a paper copy of the documents filed on February 25, 2008, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for March 10, 2008.

ORDER TO SHOW CAUSE

1
2          Dated this 3rd day of March, 2008.
3                              _____
                               Robert S. Lasnik
4                              United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                 -2-