UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN P. SEXTON, Derivatively on Behalf of JONES SODA COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PETER M. VAN STOLK, *et al.*,<br><br>Defendants. | No. C07-1782RSL<br><br>ORDER |

This matter comes before the Court *sua sponte*. On March 3, 2008, the Court ordered plaintiff Baum to deliver a courtesy copy of documents he filed on February 25, 2008. Plaintiff has now done so. The Order to Show Cause (Dkt. # 52) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

Dated this 10th day of March, 2008.

Robert S. Lasnik
United States District Judge

ORDER